UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JERMAINE J. MCGINNIS,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　-against-<br><br>STEVEN W. BROCKETT, JUDGE; LINDA F. PADDEN, CHIEF CLERK; ROBIN L. SIEGEL, DEPUTY CHIEF CLERK; ELISE RUCKER ESQ., COURT ATTORNEY; JANETTE A. PARSON; CITY OF MIDDLETOWN,<br><br>　　　　　　　　　　Defendants. | 15-CV-5626 (LAP)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued September 9, 2015, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii), (iii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:　September 9, 2015
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　LORETTA A. PRESKA
　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON_____.